# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| In re: GILES, ROBERT | § Case No. 8:13-bk-03753-MGW |
| GILES, SHERYL | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 26, 2013. The undersigned trustee was appointed on March 27, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         2,000.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 2,000.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/05/2013 and the deadline for filing governmental claims was 09/22/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $500.00, for a total compensation of $500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $87.02, for total expenses of $87.02.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/29/2013        By: /s/Christine L. Herendeen
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 8:13-bk-03753-MGW  
**Case Name:** GILES, ROBERT  
GILES, SHERYL  
**Period Ending:** 11/29/13

**Trustee:** (290278) Christine L. Herendeen  
**Filed (f) or Converted (c):** 03/26/13 (f)  
**§341(a) Meeting Date:** 04/26/13  
**Claims Bar Date:** 08/05/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4350 Lake Buffum Road East, Ford Meade, FL 33841 | 125,870.00 | 0.00 | | 2,000.00 | FA |
| 2 | Bank of America Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America Savings Account | 10.00 | 0.00 | | 0.00 | FA |
| 4 | Center State Bank Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Citibank Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Furniture and electronics | 375.00 | 0.00 | | 0.00 | FA |
| 7 | Men's and Women's clothing | 60.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding band, jewelry | 290.00 | 0.00 | | 0.00 | FA |
| 9 | Sporting Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Allen and Company IRA | 3,099.19 | 0.00 | | 0.00 | FA |
| 11 | 2007 Jeep Wrangler (front end accident 2010) 77, | 9,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2005 Ford Freestyle (needs throttle body and tra | 100.00 | 0.00 | | 0.00 | FA |
| 13 | 2012 Ford Fiesta 16,000 miles | 10,000.00 | 0.00 | | 0.00 | FA |
| 14 | Household/lawn equipment | 125.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets   Totals** (Excluding unknown values) | **$149,129.19** | **$0.00** | | **$2,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/15/13: Case ready for closing.  
10/07/13: Claim review - only IRS priority claim will be paid.  
10/11/13: received offer on real property.  Filed / served notice of sale.

**Initial Projected Date Of Final Report (TFR):** March 1, 2014     **Current Projected Date Of Final Report (TFR):** March 1, 2014

November 29, 2013  
Date

/s/ Christine L. Herendeen  
Christine L. Herendeen

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 8:13-bk-03753-MGW | **Trustee:** Christine L. Herendeen (290278) |
| **Case Name:** GILES, ROBERT | **Bank Name:** Rabobank, N.A. |
| GILES, SHERYL | **Account:** ****719466 - Checking Account |
| **Taxpayer ID #:** **-***0456 | **Blanket Bond:** $63,640,000.00 (per case limit) |
| **Period Ending:** 11/29/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/14/13 | {1} | BB&T Group LLC | Funds from sale of surrendered real property interest pursuant to Notice of Sale (Doc. No. 20). 11/14/13 clh | 1110-000 | 2,000.00 | | 2,000.00 |
| | | | **ACCOUNT TOTALS** | | 2,000.00 | 0.00 | **$2,000.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,000.00** | **$0.00** | |

Net Receipts :     2,000.00
_____
Net Estate :     $2,000.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****719466** | 2,000.00 | 0.00 | 2,000.00 |
| | **$2,000.00** | **$0.00** | **$2,000.00** |

November 29, 2013                                            /s/ Christine L. Herendeen
_____                        _____
Date                                                                   Christine L. Herendeen

{} Asset reference(s)                                                                Printed: 11/29/2013 08:30 PM    V.13.13

# Exhibit C

**Case: 8:13-bk-03753-MGW**            **GILES, ROBERT**

Claims Bar Date:  08/05/13

| Claim Number | Claimant Name / \<Category\>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit, MI 48255-0953 | Secured<br>05/20/13 | History: Details3-1 05/20/2013Claim #3 filed by Ford Motor Credit Company LLC, Amount claimed: $16804.31 (Ford Motor Credit Company (LK))<br>----------------------------------------------------------------------------* * * | $16,804.31<br>$0.00 | $0.00 | $0.00 |
| | <4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)>,  100 | | | | | |
| 2P | Internal Revenue Service<br>US Department of Treasury<br><br>Memphis, TN 37501 | Priority<br>05/09/13 | 10/07/2013 Amendment 2-2 imported by CLH; original claim didn't exist<br>--------------------------------------------------------------------------<br>History: Details2-1 05/09/2013Claim #2 filed by Internal Revenue Service, Amount claimed: $8483.05 (Internal Revenue Service) Details2-2 05/31/2013Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $3052.05 (Internal Revenue Service)<br>------------------------------------------------------------------------------* * * | $2,891.06<br>$0.00 | $0.00 | $0.00 |
| | <5800-00  Claims of Governmental Units>,  570 | | | | | |
| 2P-2 | Internal Revenue Service<br>US Department of Treasury<br><br>Memphis, TN 37501 | Priority<br>05/09/13 | 10/07/2013 Amendment 2-2 imported by CLH; original claim didn't exist<br>--------------------------------------------------------------------------<br>History: Details2-1 05/09/2013Claim #2 filed by Internal Revenue Service, Amount claimed: $8483.05 (Internal Revenue Service) Details2-2 05/31/2013Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $3052.05 (Internal Revenue Service)<br>------------------------------------------------------------------------------* * * | $2,891.06<br>$2,891.06 | $0.00 | $2,891.06 |
| | <5800-00  Claims of Governmental Units>,  570 | | | | | |
| 1 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>05/08/13 | History: Details1-1 05/08/2013Claim #1 filed by Discover Bank, Amount claimed: $2929.53 (Discover Bank DB Servicing Corp (RC))<br>----------------------------------------------------------------------------* * * | $2,929.53<br>$2,929.53 | $0.00 | $2,929.53 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2U | Internal Revenue Service<br>US Department of Treasury<br><br>Memphis, TN 37501 | Unsecured<br>05/09/13 | 10/07/2013 Amendment 2-2 imported by CLH; original claim didn't exist<br>--------------------------------------------------------------------------<br>History: Details2-1 05/09/2013Claim #2 filed by Internal Revenue | $160.99<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

**Case: 8:13-bk-03753-MGW        GILES, ROBERT**

Claims Bar Date:  08/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | Service, Amount claimed: $8483.05 (Internal Revenue Service) Details2-2 05/31/2013Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $3052.05 (Internal Revenue Service) ------------------------------------------------------------------------------* * * | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | Capital One Bank (USA) N.A. PO Box 71083  Charlotte, NC 28272-1083 | Unsecured 05/31/13 | | $2,054.87 $2,054.87 History: Details4-1 05/31/2013Claim #4 filed by Capital One Bank (USA), N.A., Amount claimed: $2054.87 (American InfoSource (LW)) ------------------------------------------------------------------------------* * * | $0.00 | $2,054.87 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 5 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured 06/24/13 | | $1,732.89 $1,732.89 History: Details5-1 06/24/2013Claim #5 filed by American InfoSource LP as agent for, Amount claimed: $1732.89 (American InfoSource (LW)) ------------------------------------------------------------------------------* * * | $0.00 | $1,732.89 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 | State Farm Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured 06/24/13 | | $8,876.83 $8,876.83 History: Details6-1 06/24/2013Claim #6 filed by State Farm Bank, Amount claimed: $8876.83 (Lee, Thomas ) ------------------------------------------------------------------------------* * * | $0.00 | $8,876.83 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Unsecured 06/27/13 | | $1,511.08 $1,511.08 History: Details7-1 06/27/2013Claim #7 filed by GE Capital Retail Bank, Amount claimed: $1511.08 (GE Money Bank) ------------------------------------------------------------------------------* * * | $0.00 | $1,511.08 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Unsecured 06/27/13 | | $6,275.31 $6,275.31 History: Details8-1 06/27/2013Claim #8 filed by GE Capital Retail Bank, Amount claimed: $6275.31 (GE Money Bank) ------------------------------------------------------------------------------* * * | $0.00 | $6,275.31 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Exhibit C

**Case: 8:13-bk-03753-MGW**           **GILES, ROBERT**

Claims Bar Date: 08/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/27/13 | History: Details9-1 06/27/2013Claim #9 filed by GE Capital Retail Bank, Amount claimed: $881.15 (GE Money Bank)<br>--------------------------------------------------------------------------* * * | $881.15<br>$881.15 | $0.00 | $881.15 |
| 10 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/27/13 | History: Details10-1 06/27/2013Claim #10 filed by GE Capital Retail Bank, Amount claimed: $2069.87 (GE Money Bank)<br>--------------------------------------------------------------------------* * * | $2,069.87<br>$2,069.87 | $0.00 | $2,069.87 |
| 11 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/27/13 | History: Details11-1 06/27/2013Claim #11 filed by GE Capital Retail Bank, Amount claimed: $961.00 (GE Money Bank)<br>--------------------------------------------------------------------------* * * | $961.00<br>$961.00 | $0.00 | $961.00 |
| 12 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/27/13 | History: Details12-1 06/27/2013Claim #12 filed by GE Capital Retail Bank, Amount claimed: $4159.74 (GE Money Bank)<br>--------------------------------------------------------------------------* * * | $4,159.74<br>$4,159.74 | $0.00 | $4,159.74 |
| 13 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/19/13 | History: Details13-1 07/19/2013Claim #13 filed by American Express Centurion Bank, Amount claimed: $7561.31 (Lee, Thomas )<br>--------------------------------------------------------------------------* * * | $7,561.31<br>$7,561.31 | $0.00 | $7,561.31 |
| 14 | Capital One N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/24/13 | History: Details14-1 07/24/2013Claim #14 filed by Capital One, N.A., Amount claimed: $115.05 (Torres, Rita )<br>--------------------------------------------------------------------------* * * | $115.05<br>$115.05 | $0.00 | $115.05 |

# Exhibit C

**Case: 8:13-bk-03753-MGW**          **GILES, ROBERT**

Claims Bar Date: 08/05/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | Capital One N.A. <br> c o Becket and Lee LLP <br> POB 3001 <br> Malvern, PA 19355-0701 | Unsecured <br> 07/25/13 | | $688.41 <br> $688.41 | $0.00 | $688.41 |
| | | | History: Details15-1 07/25/2013Claim #15 filed by Capital One, N.A., Amount claimed: $688.41 (Lee, Thomas ) <br> --------------------------------------------------------------------------------\* \* \* | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2U-2 | Internal Revenue Service <br> US Department of Treasury <br><br> Memphis, TN 37501 | Unsecured <br> 05/09/13 | | $160.99 <br> $160.99 | $0.00 | $160.99 |
| | | | 10/07/2013 Amendment 2-2 imported by CLH; original claim didn't exist <br> ------------------------------------------------------------------------------ <br> History: Details2-1 05/09/2013Claim #2 filed by Internal Revenue Service, Amount claimed: $8483.05 (Internal Revenue Service) <br> Details2-2 05/31/2013Amended Claim #2 filed by Internal Revenue Service, Amount claimed: $3052.05 (Internal Revenue Service) <br> --------------------------------------------------------------------------------\* \* \* | | | |
| | <7300-00   Fines, Penalties § 726(a)(4)>,  630 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$42,869.09** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:13-bk-03753-MGW
Case Name: GILES, ROBERT
Trustee Name: Christine L. Herendeen

**Balance on hand:** $ 2,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Ford Motor Credit Company LLC | 16,804.31 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Christine L. Herendeen | 500.00 | 0.00 | 500.00 |
| Trustee, Expenses - Christine L. Herendeen | 87.02 | 0.00 | 87.02 |

Total to be paid for chapter 7 administration expenses: $ 587.02
Remaining balance: $ 1,412.98

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,412.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,891.06 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 2P-2 | Internal Revenue Service | 2,891.06 | 0.00 | 1,412.98 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 1,412.98 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,817.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,929.53 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA) N.A. | 2,054.87 | 0.00 | 0.00 |
| 5 | American InfoSource LP as agent for | 1,732.89 | 0.00 | 0.00 |
| 6 | State Farm Bank | 8,876.83 | 0.00 | 0.00 |
| 7 | GE Capital Retail Bank | 1,511.08 | 0.00 | 0.00 |
| 8 | GE Capital Retail Bank | 6,275.31 | 0.00 | 0.00 |
| 9 | GE Capital Retail Bank | 881.15 | 0.00 | 0.00 |
| 10 | GE Capital Retail Bank | 2,069.87 | 0.00 | 0.00 |
| 11 | GE Capital Retail Bank | 961.00 | 0.00 | 0.00 |
| 12 | GE Capital Retail Bank | 4,159.74 | 0.00 | 0.00 |
| 13 | American Express Centurion Bank | 7,561.31 | 0.00 | 0.00 |
| 14 | Capital One N.A. | 115.05 | 0.00 | 0.00 |
| 15 | Capital One N.A. | 688.41 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 160.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U-2 | Internal Revenue Service | 160.99 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**